[No. 20907-5-III.  Division Three.  March 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO RODRIGUEZ ACOSTA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00834-3, Carolyn A. Brown, J., entered January 2, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 20923-7-III; 20966-1-III.  Division Three.  March 13, 2003.]

CAMELIA MENDOZA, ET AL., *Appellants*, v. THE CITY OF MABTON, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Yakima County, No. 00-2-02465-6, Robert N. Hackett, Jr., J., entered February 15 and March 8, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 21028-6-III.  Division Three.  March 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRYSTAL RACHAEL REED, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00233-2, Richard J. Schroeder, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J. Now published at 116 Wn. App. 418.

[No. 21100-2-III.  Division Three.  March 13, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL ANGEL VILLEGAS, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00118-4, Evan E. Sperline, J., entered April 19, 2002. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.